**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Augusta, Georgia
By vallen at 3:39 pm, May 07, 2008

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| **MARILYN D JOHNSON** | ) | Chapter 13 |
| **505 4TH AVENUE** | ) | Case No. 07-60289 |
| **VIDALIA, GA 30474** | ) | |
| | ) | |
| Debtor | | |

### ORDER ON TRUSTEE'S MOTION TO RECONSIDER

Upon motion of the Chapter 13 Trustee, and for good cause shown the claims of ECAST SETTLEMENT CORP (Claim # 10, 10.1, 10.2) are disallowed.

This ___ day of _May_, 20_08_.

_____
United States Bankruptcy Judge

Submitted by:

**CHAPTER 13 TRUSTEE**

(706) 724-1039

Order- Reconsider Claim (Received) 4/ 3/08 999